AO109(2/90) Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

**All funds on deposit in Washington Mutual Bank, Account ~~~~~~ ~~ the name of MARCIA CAMPBELL**

**SEIZURE WARRANT**

CASE NUMBER:
**06 - 436 - M - 01**

TO: <u>Director, Federal Bureau of Investigation,</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>Special Agent Debra LaPrevotte</u> who has reason to believe that within the jurisdiction of this Court there is now certain property that is subject to forfeiture to the United States, namely
(describe the property to be seized)

all funds on deposit in Washington Mutual Bank, ─────       ─, in the name of Marcia Campbell

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

SUNTRUST BANK IS HEREBY DIRECTED to freeze all subject accounts and assets, and to restrict the withdrawal, dissolution, transfer, sale or redemption of the subject accounts and assets, except to the law enforcement agent serving this warrant, until further notice from this Court. You are further directed to continue to accept deposits into the affected accounts. You are further directed to inform the law enforcement agent serving this warrant of the account balances and/or value of the assets affected by this warrant.

OCT 13 2006 @ 11:00 am at Washington, D.C.

Date and Time Issued

**DEBORAH A. ROBINSON**
**U.S. MAGISTRATE JUDGE**

Name and Title of Judicial Officer     Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>10/13/06 | DATE AND TIME WARRANT EXECUTED<br>10/13/06  12:00 pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Washington Mutual Legal Compliance |
| INVENTORY MADE IN THE PRESENCE OF Served via fax, Hard Copy Mailed. | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT | | |

$11,555.31 check.

FILED
DEC 1 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

x _[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_     12/13/06
U.S. Judge or U.S. Magistrate Judge     Date